United States District Court
Northern District Of California.

FILED
AUG - 1 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JearhameL Fanaro, PLaintiff, v. Thomas Leon BI 1051, Defendent | Civil Action No. 3:19-cv-~~0347~~ 3247-LB |

* Answer to Complaint By Defendent Thomas Leon BI 1051 *

Come Now Defendent Thomas Leon, and in responce to the Complaint on file here in, deny as, admit, and allege as follows:

1) Defendent deny's acting, Colluding, or being involved in any way towards deprivation of plaintiff's Constitutional Rights, if any deprivation even ever occured.

2). Defendent deny's that plaintiff suffered any injury or assault by defendent as alleged in plaintiff's Complaint.

3). The Complaint and each cause of action there in fail to allege facts sufficient to constitute a cause of action.

4). The Complaint and Each Cause of action there in are unCertain.

5). The Complaint and Each Cause of action therein fail to allege facts Sufficient to State a claim for Punitive damages, if Such Damages are sought.

6). Should plaintiff herein recover damages, that amount should be abated, apportioned and reduced to the extent that the negligence of any other Person or entity Caused or Contributed to the damages, if any there were.

7) Any Happening's and events, damage's and inJury's, if Any there were, were Proximately Caused and Contributed to by the negligence of Plaintiff and others, each and all of whom failed to exercise ordinary Procedure's and care at the times and places alleged in the Complaint.

8). Because the Complaint is Couched in Conclusory terms, all affirmative defenses that may be applicable to the with in action Cannot be fully anticipated. Accordingly, the right to assert additional affimative defenses, if and to the extent that Such affimative defenses are applicable, is reserved.

9). Answering Defendent has not deprived plaintiff of any right or Privlage guarenteed by the Constitution OR laws of the United States.

10). Answering Defendent is not liable for any act or omission of any other Defendent.

11) THIS Honorable Court lacks Subject matter Jurisdiction over the Causes of action alleged in the Complaint herein because the allegations do not State a Cause Of action for any Constitutional Tort, or any Cause of action at all.

12). THE Complaint fail's to State facts Sufficient to Constitute a Federal civil Rights violation.

13). Where fore, Defendents praysthat:

① - Judgement be rendered in favor of Defendents and against plaintiff; And

② plaintiff take nothing by the Complaint

③ Defendent's Name be dropped from Suit; and

④ Defendent be awarded such other and further relife as the Court may deem necessary & proper.

Respect fully Submitted

Dated: July, 9TH. 2019.

Thomas Leon BI 1051
Defendent.

Decleration of Defendent

Thomas Leon BI 1051, Pro Se.

I Declare under Penalty of Perjury that the forgoeing Statement's are true and correct to the best of my Knowladge.

1) I am Laymen at law, Therefore not aware of All Federal Rule's and Proceedure's in Their accuracy.

2) The Complaint Responce by defendent, My Self, Is a true and accurate Declaration by myself to this Honorable Court.

3) I am meeting the time frame as Out lined, & ordered by this Honorable Judge, and Court.

4) Pelican Bay Mail Has been Delayed to Mailroom Contamination/Lock Down & No Law Library

5) I am Unable to retain Counsel, due to my "Indegent" Finacial Status, & Incarceration, Therefore, I am learning & Studying The Federal Rules of Civil proceedure, & 42. U.S.C § 1983. Guide line's. Thank You.

*Respectfully Submitted By:

Name: Thomas Leon BI 1051,

Signature x [signature]

Date: 7/9/19



FILED

AUG - 1 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE BY MAIL

BY PERSON IN STATE CUSTODY
(Fed. R. Civ. Proc. 5; 28 U.S.C. § 1746)

I, Thomas Leon, declare: I am over eighteen (18) years of age and am a party to this action. I am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit B-8 Cell Number 107, Crescent City, CA, 95532-7500.

On the 9TH. day of July, I served the following document(s): Answer to plaintiffs 42. U.S.C 1983 complaint, Case No. 3:19-cv-0347-LB, by myself in pro se, aswell as Declaration by defendent, myself, and Decline Notice of Magistrate Judge assignment.

On the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA, 95532, and addressed as follows:

Clerk Of Court/U.S.D.C
450 Golden Gate Ave.
(Northern District of California)
San Francisco, CA.
94102.

I declare under penalty of perjury that the foregoing is true and correct.

[signature]
Inmate Signature

7/9/19.
Date

Thomas Leon CDC# BI-1051
Pelican Bay State Prison
P.O. Box 7500. B8-#107
Crescent City CA. 95532

* Legal
Mail

United
North
450

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION




Clerk of THE Court
States District Court (U.S.D.C)
ern District Of California
Golden Gate Ave.
San Francisco, CA. 94102


RECEIVED