UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEARHAMEL JORDAN FANARO,

    Plaintiff,

v.

COUNTY OF CONTRA COSTA, et al.,

    Defendants.

Case No. 3:19-cv-03247-WHO

**ORDER OF DISMISSAL**

Pursuant to the parties' stipulation (Dkt. No. 191), this matter is DISMISSED WITH PREJUDICE. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: June 2, 2022


WILLIAM H. ORRICK
United States District Judge